**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL NO.  1:24-cr-109-DMB-DAS-1**

**MARCOVTZ CHANNING OLANDO TRIPLETT**

## <u>ORDER SUBSTITUTING COUNSEL</u>

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest.  The Office of the Federal Public Defender contacted **Maria Liu** on **October 9, 2024,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Maria Liu** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Maria Liu** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 9th day of October, 2024.


 /s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE